UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVE COOLEY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. G-09-37 |
| CITY OF TEXAS CITY, *et al*, | § § § | |
| Defendants. | § | |

## AGREED FINAL TAKE-NOTHING JUDGMENT

The Court, having been advised that plaintiffs, Steve Cooley and the Texas City Fire Fighters Association ("plaintiffs"), and the defendants, the City of Texas City, Texas (the "City") and Chief Joseph Gorman in his individual and official capacities ("defendants") have agreed to resolve any remaining claims, as evidenced by the signatures of counsel for the parties below, is of the opinion that all causes of action asserted against the defendants should be dismissed with prejudice to refiling same. The Court, therefore,

ORDERS that this suit and all causes of action against defendants, the City of Texas City, Texas and Chief Joseph Gorman, in his individual and official capacities, are dismissed with prejudice to refiling same and that all taxable costs have been satisfied. It is further

ORDERED that the claim-preclusive effect of this judgment is a bar on all of plaintiffs' claims asserted in this lawsuit, as well as any and all factually-related claims that could have been asserted in this lawsuit, but were not asserted.

THIS IS A FINAL JUDGMENT. All relief not expressly granted herein is DENIED.

SIGNED at Houston, Texas this 12th day of February, 2010.

_____
Kenneth M. Hoyt
United States District Judge